## MACCABEES et al. v. CARTER.
### No. 11000.

United States Court of Appeals
Sixth Circuit.
April 10, 1950.

McLane & Bates, Nashville, Tenn., and Garland S. Moore, Nashville, Tenn., for appellants.

Walker & Hooker, Nashville, Tenn., for appellee.

Before ALLEN, MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record and briefs and oral argument of counsel.

· And it appearing that the verdict of the jury is supported by substantial evidence;

And it appearing that under Tennessee law fraternal benefit societies fall within the purview of and are governed by the provisions of Section 6434, Williams' Tennessee Code; Snyder v. Supreme Ruler of the Fraternal Mystic Circle, 122 Tenn. 248, 268, 122 S.W. 981, 45 L.R.A.,N.S., 209; Cf. Kidd v. National Council of Junior Order of United American Mechanics, 137 Tenn. 398, 406, 193 S.W. 130.

And no reversible error appearing in the record:

It is ordered that the judgment of the District Court be, and it hereby is, affirmed.